395 A.2d 968

Commonwealth, Appellant. v. Erdell.

Argued September 11, 1978. Richard R. Tomsho, Assistant District Attorney, for Commonwealth, appellant; Gerald I. Roth, submitted a brief for appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.